# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

GIOVANNI PERFETTO, FATHER JOHN   :    No. 77 WM 2020
DOE ONE, AND FATHER JOHN DOE TWO,   :
  :
      Respondents   :
  :
  :
  :
        v.   :
  :
  :
DIOCESE OF PITTSBURGH, CARDINAL   :
DONALD WUERL AND BISHOP DAVID   :
ALLEN ZUBIK,   :
  :
      Petitioners   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2020, the Application "for Extraordinary Relief and Stay Pending Outcome of Dispositive Appeal" is DENIED.